```
 1  BARRY J. PORTMAN                                    **E-filed 2/28/06**
    Federal Public Defender
 2  ANGELA M. HANSEN
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant ALCAZAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00095 JF |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| FRANCISCO JAVIER ALCAZAR, | ) | **ORDER TO CONTINUE STATUS DATE** |
| Defendant. | ) | |

     Assistant United States Attorney Matthew Harris and defendant, Francisco Alcazar, through his counsel, Assistant Federal Public Defender Angela M. Hansen, agree and stipulate that the status hearing in the above-captioned matter, presently scheduled for Wednesday, March 1, 2006, should be continued to May 3, 2006, at 9:00 a.m.

     Mr. Alcazar was arraigned on February 17, 2006. At the arraignment, the parties agreed to set this case on the Court's March 1, 2006 calendar. However, the government will not have the discovery to the defense until the end of this week. Once received, defense counsel will need time to review the discovery, discuss it with her client and to investigate this case. For these reasons, the parties therefore AGREE AND STIPULATE that time should be excluded from and including March 1, 2006, through and including May 3, 2006, for continuity of counsel and to

1  provide counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. §

2  3161(h)(8)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting

3  the requested exclusion of time will serve the interests of justice and outweigh the interests of the

4  public and defendant in a speedy trial.

5

6  Dated: February 27, 2006              _____/s/_____
                                         ANGELA M. HANSEN
7                                        Assistant Federal Public Defender

8

9  Dated: February 27, 2006              _____/s/_____
                                         MATTHEW HARRIS
10                                       Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00095 JF |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] **ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| v. | ) | |
| | ) | |
| FRANCISCO JAVIER ALCAZAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing, IT IS HEREBY ORDERED that the period of delay from MARCH 1, 2006, to and including May 3, 2006, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). This exclusion provides defendant continuity of counsel and reasonable time necessary for defense counsel's effective preparation. As such, the Court finds that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

Dated: February 28, 2006

_____
JEREMY FOGEL
United States District Judge

3

1 | Distribute to:
2 |
3 | Angela Hansen
  | Assistant Federal Public Defender
  | 160 West Santa Clara Street, Suite 575
4 | San Jose, CA 95113
  | Counsel for Defendant
5 |
  | Matthew Harris
6 | Assistant United States Attorney
  | 150 Almaden Blvd., Suite 900
7 | San Jose, CA 95113
  | Counsel for the United States
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |