**E-filed 5/4/06**

BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ALCAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00095 JF |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| FRANCISCO JAVIER ALCAZAR, | ) | |
| Defendant. | ) | |

Assistant United States Attorney Matthew Harris and defendant, Francisco Alcazar, through his counsel, Assistant Federal Public Defender Angela M. Hansen, agree and stipulate that the status hearing in the above-captioned matter, presently scheduled for Wednesday, May 3, 2006, should be continued to May 24, 2006, at 9:00 a.m.

Mr. Alcazar's counsel needs additional time to review the discovery, discuss it with her client and to investigate this case.  Additionally, defense counsel requested some additional discovery from the government, and government counsel is considering whether or not to produce this discovery to the defense.

For these reasons, the parties therefore AGREE AND STIPULATE to continue the status hearing date and further agree that time should be excluded from and including May 3, 2006, through and including May 24, 2006, for continuity of counsel and to provide counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interests of justice and outweigh the interests of the public and defendant in a speedy trial.

Dated: April 28, 2006          _____/s/_____
                               ANGELA M. HANSEN
                               Assistant Federal Public Defender


Dated: April 28, 2006          _____/s/_____
                               MATTHEW HARRIS
                               Assistant United States Attorney

**E-filed 5/4/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00095 JF |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER CONTINUING |
| ) | STATUS DATE AND EXCLUDING |
| v. ) | TIME |
| ) | |
| FRANCISCO JAVIER ALCAZAR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Good cause appearing, IT IS HEREBY ORDERED that the period of delay from May 3, 2006, to and including May 24, 2006, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  This exclusion provides defendant continuity of counsel and reasonable time necessary for defense counsel's effective preparation.  As such, the Court finds that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

   May 2, 2006
Dated: April __, 2006

                                                    _____
                                                  JEREMY FOGEL
                                                  United States District Judge

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Matthew Harris
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26