1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant FRANCISCO ALCAZAR

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11
   UNITED STATES OF AMERICA,        )   No. CR-06-00095 JF (PVT)
12                                  )
                 Plaintiff,         )   [PROPOSED] ORDER DIRECTING THE
13                                  )   SANTA CLARA COUNTY MAIN JAIL TO
   vs.                              )   PERMIT FRANCISCO ALCAZAR TO
14                                  )   POSSESS AN MP3 PLAYER
   FRANCISCO ALCAZAR,               )
15                                  )   The Honorable Patricia V. Trumbull
                 Defendant.         )
16 _____)

17 TO:   SANTA CLARA COUNTY MAIN JAI, JAIL ADMINISTRATION, 150 WEST
         HEDDING STREET, SAN JOSE, CA 95110
18
         GOOD CAUSE APPEARING, upon request of defendant Francisco Alcazar, IT IS
19
   HEREBY ORDERED that the Santa Clara County Main Jail shall permit Francisco Alcazar,
20
   Booking # 06007614, to possess an MP3 player to listen to audio recordings provided as
21
   discovery in this matter. This order shall remain in effect until the conclusion of this matter and
22
   is subject to the security policies and procedures of Santa Clara County Main Jail.
23
         IT IS SO ORDERED.
24
   DATE: June 15, 2006
25
                                              /s/ Patricia V. Trumbull
26                                            _____
                                              PATRICIA V. TRUMBULL
                                              United States Magistrate Judge

| | |
|---|---|
| 1 | Distribute to: |
| 2 | Angela Hansen<br>Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575<br>San Jose, CA 95113 |
| 4 | Counsel for Defendant |
| 5 | Matthew Harris<br>Assistant United States Attorney |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, CA 95113 |
| 7 | Counsel for the United States |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |