**E-filed 7/13/06**

BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ALCAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00095 JF |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| FRANCISCO JAVIER ALCAZAR, | ) | **ORDER TO CONTINUE STATUS DATE** |
| Defendant. | ) | |

Assistant United States Attorney Matthew Harris and defendant, Francisco Alcazar, through his counsel, Assistant Federal Public Defender Angela M. Hansen, agree and stipulate that the status hearing in the above-captioned matter, presently scheduled for Wednesday, July 12, 2006, should be continued to August 23, 2006 at 9:00 a.m.

Mr. Alcazar's counsel needs additional time to review the discovery, which includes several audio and video recordings, discuss the discovery with her client and to investigate this case.  Additionally, defense counsel requested some additional discovery from the government, and government counsel is considering whether or not to produce this discovery to the defense.

For these reasons, the parties therefore AGREE AND STIPULATE to continue the status hearing date and further agree that time should be excluded from and including July 12, 2006, through and including August 26, 2006, for continuity of counsel and to provide counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and

1  (B)(iv). Accordingly, the United States and the defendant agree that granting the requested
2  exclusion of time will serve the interests of justice and outweigh the interests of the public and
3  defendant in a speedy trial.
4
5  Dated: July 10, 2006                          _____/s/_____
                                                  ANGELA M. HANSEN
6                                                 Assistant Federal Public Defender
7
8  Dated: July 10, 2006                          _____/s/_____
                                                  MATTHEW S. HARRIS
9                                                 Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER ALCAZAR,<br><br>          Defendant. | No. CR 06-00095 JF<br><br>[~~PROPOSED~~] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME |

Good cause appearing, IT IS HEREBY ORDERED that the period of delay from July 12, 2006, to and including August ~~26~~ 23, 2006, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). This exclusion provides defendant continuity of counsel and reasonable time necessary for defense counsel's effective preparation. As such, the Court finds that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

Dated: July 12, 2006

                                            JEREMY FOGEL
                                            United States District Judge

1  Distribute to:
2
   Angela Hansen
3  Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Matthew Harris
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26