BARRY J. PORTMAN  
Federal Public Defender  
ANGELA M. HANSEN  
Assistant Federal Public Defender  
160 West Santa Clara Street, Suite 575  
San Jose, CA  95113  
Telephone:  (408) 291-7753  

Counsel for Defendant ALCAZAR

**E-filed 8/31/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00095 JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| FRANCISCO JAVIER ALCAZAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Assistant United States Attorney Richard C. Cheng and defendant, Francisco Alcazar, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Wednesday, August 23, 2006, should be continued to September 27, 2006, at 9:00 a.m.

     The parties stipulate and agree that this status date should be continued because counsel for the government has agreed to provide additional discovery to the defense.  Once received, counsel will need time to review the discovery, discuss it with her client and to investigate this case.  Additionally, Mr. Alcazar was recently released from custody and his counsel needs time to have him come to the office to review several audio recordings and a video recording that were produced to the defense in discovery.  Because the audio recordings are primarily in Spanish, counsel needs additional time to work with Mr. Alcazar concerning these tapes. Finally, counsel for the government has changed and needs additional time to review the case file

1  so that the parties can discuss possible plea negotiations. For all of these reasons, the parties
2  stipulate and agree to continue the status date to September 27, 2006.
3      The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),
4  the ends of justice served by the continuance requested outweigh the best interest of the
5  defendant and public in a speedy trial because the failure to grant such a continuance would
6  unreasonably deny Mr. Alcazar the time necessary for effective preparation, taking into account
7  the exercise of due diligence.
8
9  Dated: August 17, 2006                                                            /s/
                                                                                 ANGELA M. HANSEN
10                                                                                  Assistant Federal Public Defender
11
12 Dated: August 17, 2006                                                              /s/
                                                                                 RICHARD C. CHENG
13                                                                                  Assistant United States Attorney
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANCISCO JAVIER ALCAZAR, )<br>)<br>Defendant. )<br>_____ ) | No. CR 06-00095 JF<br><br>[~~PROPOSED~~] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME |

    The parties have jointly requested to continue the status date set for August 23, 2006 to September 27, 2006 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for August 23, 2006 is continued to September 27, 2006, at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from August 23, 2006 through and including September 27, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

      8/31/06<br>
Dated: ~~February ___, 2006~~

                                          _____<br>
                                          JEREMY FOGEL<br>
                                          United States District Judge

Distribute to:

Angela Hansen
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Richard C. Cheng
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for the United States