**E-filed 10/24/06**

BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ALCAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00095 JF |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS DATE** |
| FRANCISCO JAVIER ALCAZAR, ) | |
| Defendant. ) | |

Assistant United States Attorney Richard C. Cheng and defendant, Francisco Alcazar, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Wednesday, October 25, 2006, should be continued to December 6, 2006, at 9:00 a.m.

The parties stipulate and agree that this status date should be continued because counsel for Mr. Alcazar received some additional discovery and needs time to discuss this discovery with her client and to investigate this case.  Additionally, Mr. Alcazar was recently released from custody and his counsel needs time to have him come to the office to review several audio recordings and a video recording that were produced to the defense in discovery.  Because the audio recordings are primarily in Spanish, counsel needs additional time to work with Mr. Alcazar concerning these tapes.  For all of these reasons, the parties stipulate and agree to continue the status date to December 6, 2006.

1     The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),

2 the ends of justice served by the continuance requested outweigh the best interest of the

3 defendant and public in a speedy trial because the failure to grant such a continuance would

4 unreasonably deny Mr. Alcazar the time necessary for effective preparation, taking into account

5 the exercise of due diligence.

6

7 Dated: October 20, 2006                         _____/s/_____
                                                               ANGELA M. HANSEN

8                                                            Assistant Federal Public Defender

9

10 Dated: October 20, 2006                         _____/s/_____
                                                                RICHARD C. CHENG

11                                                            Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00095 JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING |
| | ) | STATUS DATE AND EXCLUDING |
| v. | ) | TIME |
| | ) | |
| FRANCISCO JAVIER ALCAZAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties have jointly requested to continue the status date set for October 25, 2006 to December 6, 2006 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for October 25, 2006 is continued to December 6, 2006, at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from October 25, 2006 through and including December 6, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: October 23 2006

JEREMY FOGEL
United States District Judge

3

Distribute to:

Angela Hansen
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Richard C. Cheng
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for the United States