**E-filed 12/5/06**

BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ALCAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                             )<br>                         Plaintiff,         )<br>                                                             )<br> v.                                                        )<br>                                                             )<br> FRANCISCO JAVIER ALCAZAR,   )<br>                                                             )<br>                         Defendant.      )<br>_____ ) | No. CR 06-00095 JF<br><br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE STATUS DATE** |

      Assistant United States Attorney Richard C. Cheng and defendant, Francisco Alcazar, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Wednesday, November 6 2006, should be continued to January 17, 2007, at 9:00 a.m.

      The parties stipulate and agree that this status date should be continued because counsel for Mr. Alcazar needs additional time to investigate this case and to review audio and video recording that were produced to the defense in discovery.  Because the audio recordings are primarily in Spanish, counsel needs additional time to work with Mr. Alcazar and an interpreter concerning these tapes.  For all of these reasons, the parties stipulate and agree to continue the status date to January 17, 2007.

      The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the

1 defendant and public in a speedy trial because the failure to grant such a continuance would
2 unreasonably deny Mr. Alcazar the time necessary for effective preparation, taking into account
3 the exercise of due diligence.

4

5 Dated: December 4, 2006                    _____/s/_____
                                             ANGELA M. HANSEN
6                                            Assistant Federal Public Defender

7

8 Dated: December 4, 2006                    _____/s/_____
                                             RICHARD C. CHENG
9                                            Assistant United States Attorney

**E-filed 12/5/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. CR 06-00095 JF |
|                                      ) | |
| Plaintiff,         ) | [~~PROPOSED~~] ORDER CONTINUING |
|                                      ) | STATUS DATE AND EXCLUDING |
| v.                                   ) | TIME |
|                                      ) | |
| FRANCISCO JAVIER ALCAZAR,            ) | |
|                                      ) | |
| Defendant.         ) | |
| _____ ) | |

The parties have jointly requested to continue the status date set for December 6, 2006 to January 17, 2007 at 9:00 a.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for December 6, 2006 is continued to January 17, 2007, at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from December 6, 2006 through and including January 17, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: December 5 , 2006

_____
JEREMY FOGEL
United States District Judge

3

Distribute to:

Angela Hansen
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Richard C. Cheng
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for the United States