\*\*E-filed 3/1/07\*\*

BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ALCAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>         Plaintiff,  <br>v.  <br>FRANCISCO JAVIER ALCAZAR,  <br>         Defendant. | No. CR 06-00095 JF  <br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |

### STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, March 14, 2007, at 9:00 a.m., be continued to Wednesday, March 28, 2007, at 9:00 a.m.  The continuance is requested to allow time for the defense to conduct additional investigation with respect to Mr. Alcazar's criminal history, and to allow time for defense counsel to discuss settlement with her client.  Additionally, this matter was recently reassigned within the Federal Public Defender's Office, and defense counsel will be out of the country from February 27, 2007 to March 13, 2007.

The parties further agree that time should be excluded under the Speedy Trial Act until the next hearing of this matter for continuity of counsel and because the parties require time for

1  investigation and preparation, so that the ends of justice outweigh the defendants' and the
2  public's need for a speedy trial.

3
4  Dated: 2/23/07                           _____/s/_____
                                            LARA S. VINNARD
                                            Assistant Federal Public Defender
5                                           Attorney for Michael Crawford

6
7  Dated: 2/23/07                           _____/s/_____
                                            RICHARD C. CHENG
                                            Assistant United States Attorney
8

9                                        **ORDER**

10      The parties have requested a continuance of the hearing set for March 14, 2007, on
11 grounds that the defense requires additional time for investigation and preparation, and defense
12 counsel will be out of town until mid-March.
13      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
14 presently set for March 14, 2007, at 9:00 a.m., be continued to March 28, 2007, at 9:00 a.m.
15      Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
16 from March 214, 2007, to March 28, 2007, shall be excluded from the period of time within
17 which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

18
19 Dated:  3/1/07                           _____
                                            JEREMY FOGEL
20                                          United States District Judge

21
22
23
24
25
26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 06-00095 JF                          2