efiled 6/12/07

BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ALCAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00095 JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO VACATE** |
| v. | ) | **HEARING; [PROPOSED] ORDER** |
| | ) | |
| FRANCISCO JAVIER ALCAZAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, June 13, 2007, at 9:00 a.m., be taken off calendar pending identification of new counsel for the defendant.

In this matter, the Federal Public Defender's Office has determined that it has a conflict in the case, and can no longer represent Mr. Alcazar.  The matter is set for identification of counsel on June 13, 2007, at 10:00 a.m. before the Honorable Patricia V. Trumbull.

At this time, the parties request that the presently scheduled status conference be taken off calendar without selection of a new status conference date.  At the hearing before Judge Trumbull, new counsel (who is not yet identified) can then participate in the selection of the new

status date.

Dated: 6/6/07

/s/
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 6/11/07

/s/
RICHARD C. CHENG
Assistant United States Attorney

## ORDER

The parties have requested that the hearing set for June 13, 2007, be vacated on grounds that defense counsel has determined that it has a conflict in the case, and new counsel will be identified before Judge Trumbull on June 13, 2007 at 10:00 a.m. At the hearing before Judge Trumbull, a new status hearing in this Court shall be set.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for June 13, 2007, at 9:00 a.m., be vacated, and that a new status hearing be set following identification of counsel.

Dated: 6/12/07

JEREMY FOGEL
United States District Judge