*E-Filed 4/20/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCISCO JAVIER ALCAZAR,<br><br>    Defendant.<br>_____/ | No. 5:06 CR 0095 JF (RS)<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Defendant Francisco Alcazar moves for reconsideration of this Court's order upon *in camera* inspection issued on March 18, 2009. The reason advanced by Alcazar—that his counsel has already learned the identity of the confidential informants at issue pursuant to a determination made by Judge Trumbull—is not a fact which would warrant further disclosure of redactions previously authorized upon this Court's *in camera* review.

Accordingly, Alcazar's motion for leave to file his motion for reconsideration is denied, and the concurrently submitted motion for reconsideration may not be filed.

ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
5:06 CR 0095 RS

1

**IT IS SO ORDERED.**

Dated:     4/20/09

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
5:06 CR 0095 RS

2