**United States District Court**
For the Northern District of California

1

2                                                                    **\*E-Filed 8/6/09\***

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                            SAN JOSE DIVISION

9    UNITED STATES OF AMERICA,                    No. 5:06 CR 0095 JF (RS)

10            Plaintiff,                          **ORDER UPON *IN CAMERA***
                                                  **INSPECTION OF DOCUMENTS**
11                                                **IN RESPONSE TO SUBPOENA**

12      v.

13   FRANCISCO JAVIER ALCAZAR,

14            Defendant.

15   _____/

16

17          On July 16, 2009, the Court conducted a hearing on the motion to quash filed by the

     Alameda County District Attorney's office in response a subpoena *duces tecum* served by defendant

18   Francisco Javier Alcazar.  At the conclusion of that hearing, counsel for the Alameda County

19   District Attorney produced certain responsive documents to defense counsel, but maintained, in

20   conjunction with the United States,  an objection to producing certain other documents called for by

21   the subpoena.  The Court agreed to review those disputed documents *in camera*.

22          The documents at issue are generally comprised of investigative reports, trial preparation

23   notes, chemical analysis reports, and summonses provided to the County probation office regarding

24   a criminal case in Alameda County Superior Court in 2004-2005.  While the earlier state court case

25   is unrelated to the federal criminal charges against defendant Alcazar, certain confidential

26   informants involved in this case also participated in that action.

27          The Alameda County District Attorney objects to producing these materials on the grounds

28

                                                  1

**United States District Court**
For the Northern District of California

1  that they reflect confidential work product from an unrelated case that is both irrelevant and

2  privileged from disclosure in this action.  The United States has further objected on the grounds that

3  disclosure of the material would compromise the safety of the confidential informants, even though

4  their identity has previously been disclosed to the defense.

5      Contrary to the arguments advanced by the prosecution, the documents at issue do not appear

6  to provide any identifying information pertaining to the confidential informants that would facilitate

7  any efforts to locate them or augment any risk to their safety.  That said, upon review of the withheld

8  documents, it does appear that they lack relevance to the pending criminal action, provide no

9  additional information regarding any benefits received by the confidential informants, and include

10  protected attorney work product.  Accordingly, neither the Alameda County District Attorney's

11  office nor counsel for the United States will be required to disclose them to the defendants.

12      As occurred in connection with this Court's prior *in camera* review of documents sought by

13  the defense from the prosecution, *see* Order dated March 18, 2009, the United States in connection

14  with this motion to quash has filed under seal a declaration of DEA Special Agent Hilda Morejon in

15  support of non-disclosure.  That declaration, as with its predecessor, does not appear to reveal any

16  confidential information.  Consequently, the United States will be required to re-file that declaration

17  in an unsealed format within five days of the date of this order, or to submit a further declaration

18  justifying why that document should remain under seal.

19

20      **IT IS SO ORDERED.**

21

22

23  Dated:      8/6/09

24                                                  _____
                                                    RICHARD SEEBORG
                                                    United States Magistrate Judge

25

26

27

28

ORDER UPON *IN CAMERA* INSPECTION OF DOCUMENTS IN RESPONSE TO SUBPOENA
5:06 CR 0095 RS