Thomas Nolan (SBN 48413)
Daniel Olmos (SBN 235319)
NOLAN, ARMSTRONG & BARTON LLP
600 University Avenue
Palo Alto, California 94301
650/326-2980 – Telephone
650/326-9704 – Facsimile

Counsel for Defendant
FRANCISCO ALCAZAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO ALCAZAR,<br><br>Defendant. | No. CR 06-0095 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |

**STIPULATION**

Defendant Francisco Alcazar, by and through his attorneys, and the United States, by and through Assistant United States Attorney Richard Cheng, hereby agree and stipulate to continue the sentencing hearing now scheduled for January 13, 2010, at 9:00 a.m., to February 3, 2010, at 9:00 a.m.

The parties so stipulate because, due to defense counsel's trial schedule and other scheduling conflicts, the defendant was not able to interview with the probation officer assigned

1  to his case until December 9, 2009. Following the interview, the probation officer requested that
2  the sentencing date be continued to February 3, 2010, to allow her fully to complete her report.
3      IT IS SO STIPULATED
4
5  Date:  December 17, 2009                 /S/
6                                       Daniel Olmos
                                     Attorney for Defendant Francisco Alcazar
7
8
9  Date:  December 17, 2009                 /S/
                                     Richard Cheng
10                                      Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the sentencing hearing currently set for January 13, 2010, is continued to February 3, 2010, at 9:00 a.m. The Court finds good cause for the continuance.

Date: 12/18/09

Hon. Jeremy Fogel
United States District Judge