ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone:  (510) 782-6161
Facsimile:  (510) 783-3519

Attorney for Defendant
FRANCISCO ALCAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>FRANCISCO ALCAZAR,<br><br>            Defendant | Case No.: 5:10-CR-00117/5:06-CR-0095-JF<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

The parties by and through their counsel of record, hereby stipulate to the following:  The parties have jointly agreed that the current status conference date of Thursday, January 6, 2011 be continued until Thursday, February 10, 2011.  The reason for this continuance is that Attorney Robert W. Lyons needs additional time to review the discovery in further preparation of this matter.

Date:  January 5, 2011                 /s/ Robert W. Lyons
                                       Robert W. Lyons
                                       Attorney for Francisco Alcazar

Date:  January 5, 2011                 /s/ Richard Cheng
                                       Richard Cheng
                                       Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE - 1

**ORDER**

It is hereby ordered that the status conference currently scheduled for January 6, 2011 be continued to February 10, 2011 by stipulation of the parties.

Date: 2/9/11

nunc pro tunc
35 days excluded for effective preparation
JF

Hon. Jeremy Fogel
United States District Court Judge