1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr 06-00095-LHK |
| Plaintiff, | ) [PROPOSED] ORDER FOR 30-DAY EXTENSION |
| v. | ) OF TIME |
| | ) |
| FRANCISCO ALCAZAR, | ) |
| Defendant. | ) |

 Good cause appearing, the United States' motion for a 30-day extension of time to file its

response to defendant's motion is granted.  The United States is hereby ordered to file a response to

defendant's motion by ___March 7, 2014.

Dated:   2/6/14

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

CR 06-00095-LHK
PROPOSED ORDER